

**SO ORDERED,**

**Judge Jason D. Woodard**
**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13 CASE NO.:** |
| **JESSICA SANDERS** | **24-12843-JDW** |

## AGREED ORDER SUSTAINING
## OBJECTION TO CONFIRMATION
## OF CHAPTER 13 PLAN (DKT. #15) (DKT. #23)

THIS CAUSE came before the Court on the Objection to Confirmation of Chapter 13 Plan (Dkt. #15) (Dkt. #23) (the "Objection") filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee"), and the Court having been advised that the parties have reached an agreement with respect to the Objection, that they desire to memorialize their agreement in this Agreed Order, and that the agreement of the parties is appropriate and should be set forth herein. The Court hereby orders as follows:

1. The Objection shall be and is hereby sustained.

2. Confirmation of the Chapter 13 Plan (Dkt. #15) shall be and is hereby denied.

3. This case shall be and is hereby dismissed.

4. Pursuant to the Agreed Order Granting Motion to Impose Automatic Stay (Dkt. #11) and as a result of this dismissal, the Debtor is hereby prohibited from filing a bankruptcy case in this or any other district for a period of 180 days.

##END OF ORDER##

AGREED & APPROVED:

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER
ATTORNEY FOR TRUSTEE

/s/ Catherine Anne Umberger
CATHERINE ANNE UMBERGER
ATTORNEY FOR DEBTOR

Prepared by:
W. Jeffrey Collier, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, MS 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645